# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CV F 06-0916 OWW LJO |
| Plaintiffs, | **ORDER TO NOTIFY OF RELATED CASES** |
| vs. | |
| GARY TEDDER, et al., | |
| Defendants. | |
| _____/ | |

This action seeks to enforce Internal Revenue Service summonses and appears related to pending actions entitled *Solomon-Nabres Family Trust v. Revenue Agent Fred Chynoweth*, Case No. CV F 05-1412 OWW DLB, *Solomon Family Trust v. Revenue Agent Fred Chynoweth*, Case No. CV F 05-1413 OWW DLB, and *United States of America v. Deanna Debondt*, CV F 06-0915 AWI LJO. This Court's Local Rule 83-123(b) requires plaintiffs' counsel to "promptly file in each action and serve on all parties in each action a Notice of Related Cases" if plaintiffs' counsel has reason to believe the actions are related. This Court ORDERS plaintiffs' counsel, no later than July 25, 2006, to file a Notice of Related Cases as to Case Nos. CV F 05-1412 OWW DLB, 05-1413 OWW DLB, 06-0915 AWI LJO, 06-0916 OWW LJO and other related cases, **OR** explain in writing that the cases are not related. This Court will take no action on plaintiffs' petition to enforce IRS summonses until plaintiffs comply with this order.

IT IS SO ORDERED.

Dated: __July 19, 2006__         __/s/ Lawrence J. O'Neill__

1

1  66h44d                              UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28