McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF (SBN 219488)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America and
Revenue Agent Fred Chynoweth

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FRED CHYNOWETH, Revenue Agent, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>GARY TEDDER and CRAIG HARRISON,<br><br>    Respondents. | Case No. 1:06-cv-00916 OWW DLB<br><br>JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a); ORDER |

Petitioners United States of America and Revenue Agent Fred Chynoweth, and respondents Gary Tedder and Craig Harrison, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a). The parties further stipulate that each party shall bear its own costs and fees in this action.  This Joint Stipulation of Dismissal is executed by all parties that have appeared in this

-1-

JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a);
[PROPOSED] ORDER

1  action.

3  Dated:  November 8, 2006

                                            Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

Attorneys for Petitioners

10  Dated:  November 8, 2006     GIBBONS & ASSOCIATES

/s/ Peter Gibbons
(as authorized on 11/7/06
PETER GIBBONS

Attorneys for Respondents
Gary Tedder and Craig Harrison

21  IT IS SO ORDERED.

22  **Dated:   November 9, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

---

-2-
JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a);
[PROPOSED] ORDER